

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2019

No. 04-19-00386-CR

Kelly Elaine **COURVELLE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6404
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file her brief is GRANTED. Appellant's brief is due November 18, 2019. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court